Case 1:12-cv-07618-KPF   Document 1-1   Filed 10/11/12   Page 1 of 5

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------------------x

Jamaane Nelson and Grace Nelson

Plaintiffs,

-against-

The City of New York, et al.,

Defendants.

------------------------------------------------------------x

AUTHORIZATION TO
DISCLOSE MEDICAL
INFORMATION

___ Civ. _____ ( )( )

TO: __Montefiore Medical Center North, 600 E. 233rd St, Bronx NY 10606__
NAME AND ADDRESS OF MEDICAL PROVIDER

I authorize the use and disclosure of __Grace Nelson's__ health information as described below.

YOU ARE HEREBY AUTHORIZED to furnish to MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of the entire medical or hospital record of __Grace Nelson__ (Date of Birth: ▓▓▓▓▓▓▓, SS #: ▓▓▓▓▓▓▓ ) who was examined or treated in your hospital or by you on or about __11/30/11__.

The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol, and drug abuse. I only authorize the release of such information to the extent that I have initialed below:

Sexually transmitted diseases    _____

AIDS/HIV    _____

Behavioral or mental health services    _____

Treatment for alcohol and drug abuse    _____

May 18, 2011

This information may be disclosed to and used by the following organization:

The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

for the purpose of the defense of this civil litigation only.

I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition on the conclusion of the litigation in the above-captioned action. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. I understand that authorizing the disclosure of this health information is voluntary; I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:   New York, New York
         September 28, 2012

STATE OF NEW YORK    )
                     : SS:
COUNTY OF New York   )

On the 28th day of September, 2012, before me personally came and appeared Grace Nelson, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN NEW YORK COUNTY Kings
COMMISSION EXPIRES 07/02/2012
10/5/2016

May 18, 2011

DESIGNATION OF AGENT FOR ACCESS TO SEALED
RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Grace Nelson _____, Date of Birth ▓▓▓▓▓▓,
SS# ▓▓▓▓▓▓▓▓▓, pursuant to NYCPL § 160.50[1][d], hereby designate MICHAEL A.
CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as
my agent to whom records of the criminal action terminated in my favor entitled People of the
State of New York v. Grace Nelson _____, Docket No. or Indictment No.
Unknown, in Criminal Court, County of Bronx, State of New York, relating to
my arrest on or about 11/30/11, may be made available for use in Civil Action
Nelson et al. v. City of New York _____ (S.D.N.Y.).

    I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

    I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

    The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

    I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_____
SIGNATURE

STATE OF NEW YORK    )
                               : SS.:
COUNTY OF New York )

On this 28th day of September, 2012, before me personally came Grace Nelson, to me known and known to me to be the individual described in and who executed the foregoing instrument, and She acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN ~~NEW YORK~~ COUNTY Kings
COMMISSION EXPIRES ~~02/02/2013~~
10/15/2016

May 18, 2011

## DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50[1][d]

SS# ~~██████~~ I, _Jamaane Nelson_, pursuant to NYCPL § 160.50[1][d], Date of Birth ~~██████~~, hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. _Jamaane Nelson_, in _Criminal_ Court, County of _Bronx_, Docket No. or Indictment No. ~~██████~~, State of New York, relating to my arrest on or about _11/30/11_, may be made available for use in Civil Action _Nelson et al. v. City of New York et al._____ (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_____
SIGNATURE

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF _New York_ )

On this _30th_ day of _September_, 2012, before me personally came _Jamaane Nelson_ to me known and known to me to be the individual described in and who executed the foregoing instrument, and _he_ acknowledged to me that _he_ executed the same.

_____
NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN ~~NEW YORK~~ COUNTY _Kings County_
COMMISSION EXPIRES ~~07/03/2012~~
10/5/16

May 18, 2011