**EXHIBIT B**

GOOD DAY WE NEED THE FOLLOWING FOR
THE WEEK: 4/5-4/11

CELLPHONE  60
SEATBELTS  50
DBL PKS    65
BUS STOPS  40
TINTS      25
TRUCK RTES 2

PLEASE HAVE SUMMONS ISSUED AT APL'S:
ST JOHNS SCHENECTADY
UTICA/ST MARKS
EPKWY/WASHINGTON
PARK/VANDERBILT
EPKWY/ALBANY
    *Please be advised these are new apl locations*

PLEASE ISSUE HANDICAPPED SUMMONS ON ALL TOURS

THANK YOU

10/18/10

FOR THE WEEK OF 10/18- 10/24 WE NEED:

DBL PKRS    25
BUS STOPS   15
SEATBLTS    50
CELLPHNS    75
TINTS        6
TRUCK RTE    5

Thank you,