**EXHIBIT C**

Case 1:12-cv-07618-KPF   Document 1-3   Filed 10/11/12   Page 1 of 2

